

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

STEPHEN WILLIAMSON,

      Plaintiff,

v.                                    Civil Action No. **3:15CV199**

DEPUTY TWEED,

      Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 23, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or moved. On August 20, 2015, the Court received a letter from Plaintiff's former place of incarceration stating the Plaintiff had been paroled. (ECF No. 9, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                             /s/                 
                                M. Hannah Lauck
                                United States District Judge

Date:  NOV 04 2015
Richmond, Virginia